**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| MONROE OLIVER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-069 |
| | ) | |
| DR. BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

*Pro se* plaintiff Monroe Oliver Jr., who is incarcerated at the Federal Medical Center in Lexington, Kentucky, filed this Complaint alleging that staff at Washington State Prison were deliberately indifferent to his serious medical needs. *See generally* doc. 1. None of Oliver's allegations implicate any event or individual in this district.[1] Review of Oliver's pleading, therefore, establishes that this Court is not the proper venue. "A district court may raise the issue of defective venue

---

[1] He does refer to medical examinations and tests performed at Augusta State Prison and Reidsville State Prison. *See* doc. 1 at 4-5. However, he alleges that it was staff at Washington State Prison who were indifferent to his worsening medical condition. *Id.* at 5. As discussed below, the only defendant named, Dr. Brown, is alleged to be an employee at Washington State Prison. *See id.* at 2

*sua sponte*." *Collins v. Hagel*, 2015 WL 5691076, at *1 (N.D. Ga. Sept. 28, 2015).

Oliver's Complaint is clear that all of the events that it alleges supporting liability occurred at Washington State Prison, located in Davisboro, Georgia. *See generally* doc. 1. Davisboro lies in Washington County, in the Middle District of Georgia. *See* 28 U.S.C. § 90(b)(2). There is no indication that Defendant Brown resides in this district. As no named defendant resides in this district and the asserted claims arise from events that occurred in another district, the proper forum for this case is the United States District Court for the Middle District of Georgia, where "a substantial part of the events or omissions giving rise to the claim occurred . . . ." 28 U.S.C. § 1391(b)(2) (venue); 28 U.S.C. § 1406 (district courts may dismiss or transfer cases suffering venue defects). The Clerk is **DIRECTED** to transfer this case to the Middle District of Georgia for all further proceedings.

**SO ORDERED**, this 28th day of March, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA